IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

DOC NO
REC'D/FILED
2010 MAR 10 PM 3:50
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

| | |
|---|---|
| UNITED STATES OF AMERICA | SUPERSEDING INDICTMENT |
| v. | Case No. __09-cr-150-bbc__ |
| TREVOR LUCAS, | 18 U.S.C. § 924(b) |
| | 18 U.S.C. §§ 1201(a)(1) & (d) |
| Defendant. | 18 U.S.C. § 924(c) |

THE GRAND JURY CHARGES:

## COUNT 1

On or about August 25 and 26, 2009, in the Western District of Wisconsin and elsewhere, the defendant,

TREVOR LUCAS,

with intent to commit an offense punishable by imprisonment for a term exceeding one year, knowingly and unlawfully transported firearms and ammunition in interstate commerce.

(In violation of Title 18, United States Code, Section 924(b).)

## COUNT 2

On or about August 26, 2009, in the Western District of Wisconsin and elsewhere, the defendant,

TREVOR LUCAS,

knowingly and unlawfully attempted to kidnap and carry away C.G., and hold him to harm him, and traveled in interstate commerce from Massachusetts to Madison,

Wisconsin in furtherance of the commission of the offense.

(In violation of Title 18, United States Code, Sections 1201(a)(1) and (d).)

## COUNT 3

On or about August 26, 2009, in the Western District of Wisconsin and elsewhere, the defendant,

TREVOR LUCAS,

knowingly and intentionally brandished a handgun, during and in relation to a crime of violence for which he might be prosecuted in a court of the United States, that is, attempted kidnapping, as charged in Count 2 of this indictment, which is incorporated by reference herein.

(In violation of Title 18, United States Code, Section 924(c).)

A TRUE BILL

_____
PRESIDING JUROR

_____
STEPHEN P. SINNOTT
United States Attorney

Indictment returned: MARCH 10, 2010