U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation: | Investigation Number: | Report Number: |
|---|---|---|
| Trevor LUCAS | 778070-09-0135 | 3 |

## SUMMARY OF EVENT:

On September 25, 2009, Special Agent William Baudhuin, Detective Cory Nelson, Special Agents James Marr and Jamie Hanover, and Detectives Steve Mizzoni and Tom Williams travelled to the intersections of Mussell Point Road and Dolliver Neck Road in Gloucester, MA, to conduct an examination of a cave in a woods where in a firearm, a silencer and ammunition were previously recovered.

## NARRATIVE:

1. On September 25, 2009 at approximately 11:25 AM Eastern Standard Time, Special Agent William Baudhuin and Detective Cory Nelson of the Madison Police Department along with Special Agents James Marr and Jamie Hanover and Gloucester Police Department Detectives Tom Williams and Steve Mizzoni conduct an examination of a cave located in a woods located near the intersection of Mussell Point Road and Dolliver Neck Road in Gloucester, MA.

2. This area had previously been searched items recovered included a rifle, a silencer and several rounds of ammunition from a cave that was near the road. A person living near this area had told Gloucester police that they had observed a vehicle matching the description of Trevor LUCAS' vehicle parked near the aforementioned intersection.

3. Agent Baudhuin photographed the location of the intersection. A path was discernible going into the woods in a westerly direction off of Mussell Point Road. Following this path approximately fifty paces into the woods, a large elevated boulder outcropping was observed. In the center of this outcropping an entrance to a cave was observed. This entrance area was enclosed by a fence built from tree branches lashed to adjacent tree trunks with rope.

4. Agent Baudhuin took additional photographs of this cave entry point. Additionally Agent Baudhuin entered the cave and took photographs of the interior of the cave as well as a photograph from inside the cave looking out.

5. Upon measuring the cave, Agent Baudhuin determined that the entrance to the cave was 28" wide and 36" high. Inside the cave, it was determined that the cave it was approximately 70" across at the widest point and approximately 26" at a narrower spot. The floor to ceiling measurement of the cave was approximately 47"

| Prepared by: William S. Baudhuin | Title: Special Agent, Madison Field Office | Signature: | Date: 10-2-09 |
|---|---|---|---|
| Authorized by: Diane L. Pospyhalla | Title: Resident Agent in Charge, Madison Field Office | Signature: | Date: 10/2/09 |
| Second level reviewer (optional): Bernard J. Zapor | Title: Special Agent in Charge, St. Paul Field Division | Signature: | Date: 10/2/09 |

Page 1 of 2

ATF EF 3120.2 (10-2004)
For Official Use Only

EXHIBIT 4

U.S. v. Trevor Lucas    138

| Title of Investigation: Trevor LUCAS | Investigation Number: 7780 J9-0135 | Report Number: 3 |
|---|---|---|

high. The floor of the cave was approximately 84" in length.

6. Approximately forty yards west of the cave a rectangular shaped hole dug in the ground was observed. The hole was approximately six feet wide, eleven feet in length, and one and one half feet deep. Dirt was piled on two sides of the hole and given the lack of any vegetation growing in the dirt, appeared to be recently dug. On the far side of the hole, small holes appeared to be consistent with an auger having been used to dig in the dirt.

7. Approximately forty yards to the southwest of this hole, a small clearing was observed where the vegetation was flattened out. Agent Baudhuin learned from Detective Williams that gun cases had been recovered in this area. Pieces of gray foam were still visible on the ground in this area. This area as well as the hole were photographed by Agent Baudhuin.

8. A secondary path exiting the woods to the north side of the boulder outcropping was observed. Approximately halfway between the boulder and Mussell Point Road, a black plastic tray was containing four sacks of Quikrete Concrete was observed. Additionally this tray contained a red colored trowel.

9. After photographing the area, Agent Baudhuin videotaped the entire area commencing with the path entering the woods by the side of Mussell Point Road.

ATTACHMENT: Map of Area





U.S. v. Trevor Lucas        733

