IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,                 AMENDED RESTITUTION ORDER

    v.                                      09-cr-150-wmc-01

TREVOR LUCAS,

        Defendant

---

Defendant Trevor Lucas was sentenced in this court on February 23, 2011. Because victim information was incomplete at the time of the sentencing, a restitution hearing was set for May 5, 2011, if necessary. Based on information obtained, the probation office determined that total restitution is $638.90, as reflected in the third addendum to the presentence report. The parties filed a joint motion for the entry of this amount of restitution on April 29, 2011. This Court signed an order consistent with this motion on May 2, 2011. Unfortunately, the motion did not address and the order did not specify the amounts of restitution payable to each victim, nor did the order include a payment schedule. After consulting both parties and the probation office, this order will rectify these deficiencies.

ORDER

IT IS ORDERED that the defendant pay a total of $638.90 in restitution of which (a) $134 is payable to victim K.W.; and (b) $504.90 is payable to Dane County Human Services (Badger Care). This amount is due payable immediately to the Clerk of Court for the Western District of Wisconsin for disbursement to victims. Due to confidentiality issues, the probation office will provide the Clerk of Court the addresses of the victims.

The defendant does not have the economic resources to allow for payment of the full amount of restitution at this time. Nominal payments of a minimum of $100 per month are to commence within 30 days of his release from custody pursuant to 18 U.S.C. § 3664(f)(3)(B). No interest is to accrue on the unpaid portion of the restitution.

Entered this 9th day of May, 2011.

BY THE COURT,

William M. Conley
District Judge